UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 04-4026 (RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN ALAVID CORTEZ,<br>Defendant. | ) | **GOVERNMENT'S REPLY** |

Plaintiff, United States of America, appearing through its attorneys of record, Thomas B. Heffelfinger, United States Attorney, and Lisa A. Biersay, Assistant United States Attorney, hereby respectfully submits its reply.

**I. Drug Weight**

Petitioner is correct that he was sentenced pursuant to the federal sentencing guidelines effective November 1, 2002 and that the charged offenses occurred in July 2002. He is incorrect, however, that the 1992 guidelines are applicable to his case.

The PSR concluded there was no *ex post facto* clause violation in applying the 2002 guidelines. PSR, ¶ 18. Even if the PSR had not applied the 2002 guidelines, it would have had to apply the 2001 guidelines (effective November 1, 2001) - which were in effect at the time the defendant committed the instant offenses. Section 2D1.1(a)(3)(c)(4) of the 2001 guidelines has the same offense level for the quantity of methamphetamine at issue: 32.

This Court adopted the findings of the presentence report which concluded the defendant was responsible for more than 50

grams of but less than 150 grams of methamphetamine (actual).[1] PSR, ¶ 20. This resulted in a base offense level of 32. The defendant was correctly sentenced based on an offense level of 29, with a reduction for acceptance of responsibility, and a corresponding sentencing range of 87 to 108 months of imprisonment. His sentence of 87 months was appropriate.

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

Dated: 11.04.04

s/Lisa Biersay
BY: LISA A. BIERSAY
Assistant U.S. Attorney
Attorney ID No. 028452X

---

[1] The defendant submitted a written statement admitting to "approximately 450 grams of methamphetamine." PSR, ¶ 16. This alone would have resulted in a base offense level of 30. With a reduction for acceptance, the sentencing range would have been 70 to 87 months. The defendant's sentence of 87 months would have fallen within this range.