**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2004, I served, or caused to be served, the following documents:

**GOVERNMENT'S REPLY**

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Juan Cortez
10568-041
Fort Worth FMC
3150 HORTON ROAD
P.O. Box 15330
FORT WORTH , TX 76119

THOMAS B. HEFFELFINGER
United States Attorney

s/Lisa Wyatt

BY: LISA WYATT
Legal Assistant