# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 06-3909**

**Juan Alavid Cortez,**

**Petitioner**

**v.**

**United States of America,**

**Respondent**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:04-cv-04026-RHK)

---

## JUDGMENT

Before WOLLMAN, SMITH and BENTON, Circuit Judges.

Mr. Cortez's Petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

March 07, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans