**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 06-3909**

**Juan Alavid Cortez,**

**Petitioner**

**v.**

**United States of America,**

**Respondent**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:04-cv-04026-RHK)

---

**MANDATE**

In accordance with the judgment of 3/7/07, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 07, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit